## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Richard Jae, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1342 C.D. 2016 |
| | : | |
| Warden Harper, Allegheny | : | |
| County Jail Mailroom Staff, | : | |
| Corizon Medical and Allegheny | : | |
| County | : | |

# **O R D E R**

NOW, September 27, 2017, having considered appellant's application for reconsideration and appellees' answer in response thereto, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge